UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAFAEL VERDEJO,

            Plaintiff,

        -against-

NORTH SHORE ASSOCIATES and
NEW YORK CITY HOUSING AUTHORITY,

            Defendants.
-----------------------------------------------------------x

**MEMORANDUM & ORDER**

08-CV-1950 (BMC)

COGAN, District Judge:

In light of the Mandate issued September 19, 2008 by the United States Court of Appeals for the Second Circuit, plaintiff Rafael Verdejo shall have 30 days to file an Amended Complaint.

A copy of this Memorandum and Order will be mailed by Chambers to plaintiff *pro se*.

**SO ORDERED.**

/Signed by Judge Brian M. Cogan/
U.S.D.J.

Dated: Brooklyn, New York
       September 25, 2008